**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Donald R. Wilson
Wilson & Wilson
1057 Courthouse Street
Jena LA 71342

Christie C. Wood
Wilson & Wilson
P. O. Box 1346
Jena LA 71342

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on September 23, 2020

**REHEARING ACTION: September 23, 2020**

**Docket Number: 19   00917-CA**

**CAMILLE WILSON CHARRIER**
**VERSUS**
**JOHN MICHAEL CHARRIER**

**Appealed from Catahoula Parish Case No. 29,151 "B"**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Elizabeth A. Pickett**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Camille Wilson Charrier** has this day been

**DENIED.**

cc: E. Grey Burnes Talley, Counsel for the Appellant
    Carol S. Loy, Counsel for the Appellant